UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:14-CR-00151-Y |
| Defendant: | RAMON VILLARREAL HERNANDEZ (05), Sworn |
| Court Reporter: | Digital |
| Interpreter: | Yovana Gonzalez |
| US Attorney: | Aisha Saleem-AUSA |
| Defense Attorney: | George Lancaster, FPD |
| Time in Court: | 6 mth. |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | March 2, 2020 |
| Status: | RAMON VILLARREAL HERNANDEZ (05) enters a plea of not guilty as to counts one and two charged in the two-count fourth superseding indictment.<br>Pre-Trial Conference is set for May 14, 2020, at 3:00 p.m.<br>Trial is set for May 18, 2020, at 1:30 p.m.<br>Defendant waived reading of the indictment.<br>Deft's detention continued. |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 2 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Other Information: