# United States District Court
# Northern District of Texas
## Ft. Worth Division

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 MAR -2 PM 1: 53

DEPUTY CLERK_____

UNITED STATES OF AMERICA

V.

Ramon Villarreal Hernandez a/k/a
"El Mon"

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:14-CR-151-A

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Ramon Villarreal Hernandez a/k/a "El Mon"

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Interstate Stalking and Conspiracy to Commit Murder for Hire

in violation of Title   18

United States Code, Section(s)

2261A and 2; 1958

Karen Mitchell, U.S. District Court Clerk
_____
Name and Title of Issuing Officer

Magistrate Judge Jeffrey L. Cureton
_____

E. Dieth
_____
(By) Deputy Clerk

Signature of Issuing Officer

Sep 10, 2014                    Ft. Worth, TX
Date                            Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DFW Airport |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-10-14 | | |
| DATE OF ARREST | | |
| 2-28-20 | Gary J Koenig, FBI Special Agent | Gary Koenig |

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 MAR 04 PM 1: 53

DEPUTY CLERK_____

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2016 JAN 14   PM 2: 34

# United States District Court
## Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA

V.

**SEALED WARRANT FOR ARREST**

Ramon Villarreal Hernandez
a/k/a "El Mon" (5)

CASE NUMBER: 4:14-CR-151-Y

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Ramon Villarreal Hernandez a/k/a "El Mon" (5)

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[☒] Sealed Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with:

Interstate Stalking
Conspiracy to Commit Murder for Hire
Tampering With Documents or Proceedings

in violation of Title   18

United States Code, Section(s)

2261A and 2
1958
1512(c)(1)

Karen Mitchell, U.S. District Court Clerk
_____
Name and Title of Issuing Officer

_____Karen Mitchell_____
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L. Cureton
_____
Judge

1/13/2016
_____
Date

Fort Worth, TX
Location

E. Dieth
_____
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

DFW Airport

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/13/2016 | Gary J Koenig, FBI SA |  |
| DATE OF ARREST 2/28/2020 |  |  |



9625767

# United States District Court
## Northern District of Texas
Fort Worth Division

FILED IN U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2020 MAR -2  PM 1: 53

DEPUTY CLERK_____

USMS FTW
RECEIVED
10-20-17

UNITED STATES OF AMERICA

V.

RAMON VILLARREAL HERNANDEZ
aka EL MON and GABINO

**SEALED WARRANT FOR ARREST**

CASE NUMBER: <u>4:14-cr-151-Y (5)</u>

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   <u>Ramon Villarreal Hernandez aka El Mon and Gabino</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Interstate Stalking

in violation of Title   <u>18</u>

United States Code, Section(s)

2261A and 2

Karen Mitchell, U.S. District Court Clerk
<u>Name and Title of Issuing Officer</u>

Signature of Issuing Officer

<u>United States Magistrate Judge Jeffrey L. Cureton</u>
Judge

<u>10/18/2017</u>
Date

Fort Worth, TX
Location

<u>s/B. Boles</u>
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

DFW Airport

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/18/17 | Gary J. Koenig   FBI SA | |
| DATE OF ARREST | | |
| 2/28/2020 | | |

9625767

US MARSHALS SERVICE NTX
FORT WORTH. TEXAS

2018 JUN 21 PM 3: 10

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2020 MAR -2 PM 1: 33

DEPUTY CLERK_____

# United States District Court
## Northern District of Texas
Fort Worth Division

# SEALED

UNITED STATES OF AMERICA

### V.

Ramon Villarreal Hernandez
a/k/a "El Mon" and "Gabino"

## SEALED WARRANT FOR ARREST

CASE NUMBER: <u>4:14-CR-151-Y (5)</u>

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  <u>Ramon Villarreal Hernandez a/k/a "El Mon" and "Gabino"</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Interstate Stalking and Conspiracy to Commit Murder for Hire

in violation of Title   <u>18</u>

United States Code, Section(s)

2261A and 2; and 1958

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L. Cureton
Judge

6/20/2018
Date

Fort Worth, TX
Location

s/B. Boles
(By) Deputy Clerk

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| DFW Airport | |
| **DATE RECEIVED** 6/20/18 | **NAME AND TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** 2/28/20 | Gary J Koenig   FBI SA | _Gary Koenig_ |